Harry S. Stewart, plaintiff in error, v. Emily H. Junkin, defendant in error. Gen. No. 27,488.

Action upon a promissory note. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922.

Good, Childs, Bobb & Wescott, for plaintiff in error; Harold G. Townsend, of counsel. Ryan, Condon & Livingston, for defendant in error.

Mr. Justice Morrill delivered the opinion of the court.

---

American Bonding and Casualty Company, v. Chicago Bonding and Insurance Company et al., on appeal of Roberts & Heath, Inc., appellant, v. Leonard A. Brundage, receiver, appellee. Gen. No. 27,581.

Action for unearned premiums on various insurance policies rendered null and void by the insolvency of defendants. Claim of appellant allowed in part and disallowed in part. (See 226 Ill. App. 475.) Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922. Rehearing denied November 21, 1922.

A. A. McKinley, for appellant. Stanley A. Armstrong and Charles L. Makemson, for appellee; Emil C. Wetten, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

Alfred Klingbeil, by Fred Klingbeil, appellant, v. The Lederer Company, appellee. Gen. No. 27,603.

Action by a minor for personal injuries received in a fall into an elevator shaft on premises owned by defendant. Judgment for defendant on a directed verdict. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Barnes, P. J., dissenting. Opinion filed November 8, 1922. Rehearing denied November 21, 1922.

Poulton & Green, for appellant; John J. Poulton, of counsel. John A. Bloomingston, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Carl Weiland, appellee, v. Chris G. Steger et al., appellants. Gen. No. 27,613.

Action for personal injuries to plaintiff while working as a farm laborer for defendants' testator. Judgment for plaintiff after a remittitur from the verdict. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of facts. Opinion filed November 8, 1922.

Edward W. Rawlins and Donald H. Mann, for appellants. David K. Tone, Marcus J. Golden and Charles Horgan, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

The People of the State of Illinois ex rel. John B. Hittell, appellee, v. City of Chicago et al., appellants. Gen. No. 27,655.

Mandamus directing the civil service commission of the city of